794 A.2d 178

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. OLADIMEJI BAMIGBADE, DEFENDANT–
APPELLANT.

March 6, 2002.

ORDER

This matter having come before the Court on an appeal as of right pursuant to *Rule* 2:2–1(a)(1), and the Court having determined that the matter does not present a substantial constitutional question within the meaning of the *Rule* or applicable caselaw;

It is ORDERED that the within appeal is dismissed.

794 A.2d 178

TIBOR L. DEDOBEAU, PLAINTIFF–APPELLANT, v. STATE
OF NEW JERSEY, DEFENDANT–RESPONDENT.

March 20, 2002.

ORDER

This matter having been duly presented to the Court on plaintiff's appeal as of right, and the Court having determined that the matter does not raise a substantial constitutional question under *Rule* 2:2–1(a)(1) and the applicable case law, nor an issue warranting certification under *Rule* 2:12–4, it is ORDERED that the appeal is dismissed.